AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum of 10 years imprisonment, 3 years supervised release, $250,000 fine, and $100 special assessment.

**DEFENDANT - U.S.**
▶ JERRY ERVIN BUTTNER

**DISTRICT COURT NUMBER**
CR08-404 SBA

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

FBI and ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
**ANDREW S. HUANG, AUSA**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____
Or... If Arresting Agency & Warrant were not Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

E-filing

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
JUN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-404 SBA**

JERRY ERVIN BUTTNER,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __18__ day of
JUNE 2008.

_____ Clerk

Bail, $ No bail arrest warrant.
6-18-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>JERRY ERVIN BUTTNER,<br>　　Defendant. | No. CR 08-404 SBA<br><br>VIOLATION: 18 U.S.C. § 922(g)(1) -<br>Felon in Possession of a Firearm and<br>Ammunition<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about November 8, 2007, in the Northern District of California, the defendant,

JERRY ERVIN BUTTNER,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a RG Industries, Model RG-14 S, .22 caliber revolver with serial number Z148153, in and affecting commerce, and

//

//

INDICTMENT

ammunition, described as six (6) rounds of Remington brand ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

DATED: 6-18-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA HUANG

INDICTMENT