UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:7/22/08

CR 08-00404SBA                              JUDGE: SAUNDRA BROWN ARMSTRONG

BUTTNER                                     Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

   JAMES MANN                                   ANGELA HANSEN
U.S. ATTORNEY                               ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                 STARR WILSON
                                            Court Reporter

 Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/9/07**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 9/9/07 **for Further Status/Trial Setting/** Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
cc: