1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant BUTTNER

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10 UNITED STATES OF AMERICA,        )    No. CR-08-00404 SBA
                                    )
11         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )    ORDER GRANTING STIPULATED
12      v.                           )   REQUEST TO CONTINUE HEARING
                                    )    DATE TO OCTOBER 14, 2008 AND TO
13                                   )   EXCLUDE TIME UNDER THE SPEEDY
   JERRY BUTTNER,                   )    TRIAL ACT
14                                   )
           Defendant.                )   Date:  Sept. 9, 2008
15                                   )   Time:  9:00 a.m.
                                    )    Court: Hon. Saundra Brown
16 _____ )           Armstrong

17      The above-captioned matter is set on September 9, 2008 before this Court for a status

18 hearing.  The parties request that this Court continue the hearing to October 14, 2008 at 9:00

19 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this

20 stipulation and October 14, 2008.

21      The government has produced substantial discovery to counsel for defendant, including

22 almost five hundred pages of mostly handwritten mental health records.  Counsel needs

23 additional time to review this discovery and to investigate this matter, as more fully described

24 below.

25      Records uncovered thus far reveal that Mr. Buttner has been diagnosed with paranoid

26 schizophrenia with selective muteness, meaning he refuses to speak (and apparently has not

Stip. Req. To Continue Hearing Date to October
14 and to Exclude Time, No. CR-08-404 SBA         1

spoken a single word for several years). Given this diagnosis, counsel needs additional time to work with Mr. Buttner. Not only is it difficult to communicate with him, he has refused treatment at Santa Rita and is not taking any medication. As a result, he is untrustworthy of counsel, and it is his counsel's assessment that Mr. Buttner will need to have many more meetings with his attorney before he will be open to understanding the charges and the exposure he faces. In addition, counsel needs to investigate the underlying criminal charges and also needs more time to obtain additional mental health records for Mr. Buttner, including social security records (Mr. Buttner was on disability for his mental health condition). Moreover, counsel is informed and believes that in Mr. Buttner's prior criminal matters, evaluations were conducted concerning his competency. The evaluations, if they exist, will give counsel a better assessment as to Mr. Buttner's competency in this case. Counsel for Mr. Buttner believes that these records will help her to understand her client's disorder and to better assess how to work with him on this case. For this reason, the parties believe that a continuance until October 14, 2008 is appropriate.

The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and October 14, 2008 under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: September 3, 2008

_____            _____
ANDREW HUANG                              ANGELA HANSEN
Assistant United States Attorney          Counsel for Defendant
Counsel for United States

Stip. Req. To Continue Hearing Date to October
14 and to Exclude Time, No. CR-08-404 SBA            2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00404 SBA | |
| ) | | |
| Plaintiff, ) | ORDER GRANTING STIPULATED | |
| ) | REQUEST TO CONTINUE HEARING | |
| v. ) | DATE TO OCTOBER 14, 2008 AND TO | |
| ) | EXCLUDE TIME UNDER THE SPEEDY | |
| ) | TRIAL ACT | |
| JERRY BUTTNER, ) | | |
| ) | Date: | Sept. 9, 2008 |
| Defendant. ) | Time: | 9:00 a.m. |
| ) | Court: | Hon. Saundra Brown |
| ) | | Armstrong |

The parties jointly requested that the hearing in this matter be continued from September 9, 2008 to October 14, 2008, and that time be excluded under the Speedy Trial Act between September 9, 2008 and October 14, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to counsel for defendant. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until October 14, 2008 will allow defendant adequate time to review the necessary discovery, to investigate the case and to collect defendant's mental health records. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and

defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from September 9, 2008 to October 14, 2008, and that time between September 9, 2008 and October 14, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:9/8/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge