1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00404 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING REVISED |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO NOVEMBER 18, |
| | ) | 2008 AND TO EXCLUDE TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| JERRY BUTTNER, | ) | |
| | ) | Date:  Oct. 14, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Court: Hon. Saundra Brown |
| | ) |            Armstrong |
| | ) | |

18  The parties jointly requested that the hearing in this matter be continued from October

19  14, 2008 to November 18, 2008, and that time be excluded under the Speedy Trial Act between

20  October 14 and November 18, 2008 to allow for the effective preparation of counsel, taking into

21  account the exercise of due diligence.  The government has produced substantial discovery to

22  counsel for defendant, including almost five hundred pages of mostly handwritten mental health

23  records.  Defense counsel has collected additional mental health records, but needs more time to

24  review these new records and to further investigate this matter.  In particular, defense counsel

25  needs more time to fully assess whether or not to file a motion under 18 U.S.C. § 4241(a) to

26

determine the competency of her client and to confer with the government regarding this issue.

The parties report that records uncovered thus far reveal that Mr. Buttner has been diagnosed with paranoid schizophrenia with selective muteness, meaning he refuses to speak (and apparently has not spoken a single word in over five years). Given this diagnosis, defense counsel needs additional time to work with Mr. Buttner. Defense counsel reports that it is difficult to communicate with her client, and that he has refused treatment at Santa Rita and is not taking any medication. As a result, defense counsel believes Mr. Buttner is untrustworthy of defense counsel, and it is thus difficult for defense counsel to assess whether or not he understands the charges against him and the exposure he faces.

Defense counsel recently received mental health records from Mr. Buttner's family and records from the California Department of Mental Health. Defense counsel needs to review these records and needs to collect additional materials, such as Mr. Buttner's social security file (Mr. Buttner was apparently awarded disability benefits for his mental health condition). Moreover, defense counsel is informed and believes that in at least one of Mr. Buttner's prior criminal matters, an evaluation was conducted concerning his competency. While defense counsel has already obtained criminal records from the state court files, psychological examinations were not included in the public record. As a result, defense counsel is in the process of locating Mr. Buttner's prior public defenders to consult on the competency issue and to determine if any competency evaluations were prepared in his prior cases. Competency evaluations, if they exist, will give counsel a better assessment as to Mr. Buttner's competency in this case. Counsel for Mr. Buttner believes that these records will help her to understand her client's disorder and to better assess how to work with him on this case. For all of these reasons,

1  the parties believe that a continuance until November 18, 2008 is appropriate.

2  The parties further agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from October 14, 2008 to November 18, 2008, and that time between October 14, 2008 and November 18, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:10/14/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

3