1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES OF AMERICA,                              No.  CR 08-00404 SBA

       Plaintiff,                              **ORDER**

  v.                              [Docket No. 11]

JERRY BUTTNER,

       Defendant.

_____

      GOOD CAUSE APPEARING, upon the motion of defendant Jerry Buttner, by and through

his counsel, Angela M. Hansen, and by agreement of the Assistant United States Attorney, Andrew

Huang, IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 4241(b) and § 4247(b), that the United

States Marshal Service shall transfer Mr. Buttner to the custody of the Attorney General for

placement in a suitable and, unless impracticable, a nearby Bureau of Prisons medical facility for a

mental competency evaluation, to be performed by a certified psychiatrist or psychologist.  This

certified psychiatrist or psychologist shall file a report with the Court, under 18 U.S.C. § 4241(b)

and 4247(c).  Based on defendant's motion and the declaration of counsel filed in support, the Court

finds that there is reasonable cause to believe that Mr. Buttner may presently be suffering from a

mental disease or defect rendering him mentally incompetent to the extent that he is unable to

understand the nature and consequences of the proceedings against him or to assist properly in his

defense.

      IT IS FURTHER ORDERED pursuant to 18 U.S.C. § 4247(b) that Mr. Buttner shall be

committed to the custody of the Attorney General for a reasonable period, not to exceed thirty days

from the date he arrives at the designated Bureau of Prisons medical facility.  The director of the

facility may apply for a reasonable extension, not to exceed fifteen days.

      IT IS HEREBY ORDERED that the motion hearing date of December 9, 2008 at 11:00 a.m.

is VACATED and this matter is SET for status as to defendant's competency on January 20, 2009 at

9:00 a.m.

1    Pursuant to 18 U.S.C. § 3161(h)(1)(A), IT IS FURTHER ORDERED that the time between

2 November 18, 2008 and January 20, 2009 is excluded under the Speedy Trial Act to allow for the

3 determination of the mental competency of defendant.

4

5    IT IS SO ORDERED.

6
   December 8, 2008                          _____
7                                            Saundra Brown Armstrong
                                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28