| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant BUTTNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00404 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|   | ) | GRANTING STIPULATED REQUEST TO |
| v. | ) | CONTINUE HEARING DATE TO |
|   | ) | MARCH 10, 2009 AND TO EXCLUDE |
| JERRY BUTTNER, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) | Date:  January 20, 2009 |
|   | ) | Time:  9:00 a.m. |

The above-captioned matter is set on January 20, 2009 before the Court for a status hearing as to defendant Jerry Buttner's competency. The parties respectfully request that the Court continue this status hearing to March 10, 2009 at 9:00 a.m. to give the Federal Bureau of Prisons (BOP) the time necessary to perform a competency evaluation on Mr. Buttner. The parties further request that the Court exclude time under the Speedy Trial Act between the date of this stipulation and March 10, 2009.

On December 8, 2008, pursuant to 18 U.S.C. § 4241(b) and § 4247(b) and defense counsel's unopposed motion, the Court ordered that the United States Marshal Service transfer Mr. Buttner to the custody of the Attorney General for placement in a suitable BOP medical facility for a mental competency evaluation. Based on defendant's motion and the declaration of

1  counsel filed in support, the Court found that there was reasonable cause to believe that Mr.
2  Buttner may presently be suffering from a mental disease or defect rendering him mentally
3  incompetent to the extent that he is unable to understand the nature and consequences of the
4  proceedings against him or to assist properly in his defense.
5       On January 5, 2009, counsel for Mr. Buttner spoke with Lisa Hope, Ph.D, a forensic
6  psychologist at the Metropolitan Detention Center in Los Angeles, California, where the BOP
7  has designated Mr. Buttner to be evaluated.  Dr. Hope informed defense counsel that Mr. Buttner
8  has yet to arrive at the facility.
9       On January 10, 2009, defense counsel confirmed on the BOP website inmate locator
10 (www.bop.gov) that Mr. Buttner is presently awaiting transport by the United States Marshal to
11 Los Angeles, California.  Because Mr. Buttner has not yet arrived at the Metropolitan Detention
12 Center in Los Angeles for his examination, and because pursuant to 18 U.S.C. § 4247(b) the
13 facility has up to 45 days to complete the examination, the parties believe that a continuance to
14 March 10, 2009 would be appropriate.  This length of continuance is also appropriate because
15 once a psychological report is completed, the Court and parties will need adequate time to
16 review it.
17      Therefore, the parties stipulate and agree that the Court should continue this matter from
18 January 20, 2009 until March 10, 2009 at 9:00 a.m.  The parties further stipulate and agree that
19 the Court should exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), between
20 the date of this stipulation and March 10, 2009 to allow adequate time for the determination of
21 the mental competency of defendant.
22 DATED: January 12, 2009

23 _____/S/_____            _____/S/_____
   ANDREW HUANG                                ANGELA HANSEN
24 Assistant United States Attorney            Counsel for Defendant

25    I hereby attest that I have on file all holographed signatures for any signatures indicated
   by a conformed signature (/s/) within this e-filed document.
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-08-404 SBA            2

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given the Court's December 8, 2008 Order and findings with respect to defendant's competency,

2. Given that pursuant to the Court's Order the Bureau of Prisons has designated defendant to the Metropolitan Detention Center in Los Angeles, California for a competency evaluation and that as of January 10, 2009, defendant has yet to arrive at the facility, and

3. Given that the facility has up to 45 days to complete the examination, and given that once the examination is complete, the Court and parties will need time to review the psychological report,

Based on these findings, IT IS HEREBY ORDERED that the status hearing date of January 20, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for March 10, 2009, at 9:00 a.m.

Pursuant to 18 U.S.C. § 3161(h)(1)(A), IT IS FURTHER ORDERED that the time between the date of this stipulation and March 10, 2009 is excluded under the Speedy Trial Act to allow sufficient time for the determination of the mental competency of defendant.

DATED: 1/3/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge