1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CSBN 193730)
   SKYE DAVIS (NYBN 3994076)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340-S
        Oakland, California 94612
7       Telephone:    (510) 637-3680
        Facsimile:    (510) 637-3724
8       E-Mail:       Andrew.Huang@usdoj.gov
                      Skye.Davis@usdoj.gov
9
   Attorneys for the United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                                OAKLAND DIVISION
13
                                         )   No. CR 08-00404 SBA
14 UNITED STATES OF AMERICA,             )
                                         )
15      Plaintiff,                       )   **UNITED STATES' MOTION FOR**
                                         )   **DISCLOSURE OF GRAND JURY**
16 v.                                    )   **TRANSCRIPTS AND  ORDER**
                                         )
17 JERRY ERVIN BUTTNER,                  )
                                         )
18      Defendant.                       )
                                         )
19

20      The United States hereby moves the Court for an order permitting disclosure of grand

21 jury witness transcripts relating to this case for the sole purpose of producing discovery to the

22 defense.  The defense will not oppose this motion.

23      Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure permits the Court to

24 "authorize the disclosure . . . of a grand-jury matter preliminarily to or in connection with a

25 judicial proceeding . . . ."  Here, in order to prepare for trial, the defense may require information

26 from transcripts of witness testimony received by the grand jury.  (The government will redact

27 any sensitive information, including, but not limited to, personal identifying information.)

28 Authorizing the disclosure to the defense of transcripts of witness testimony is therefore

UNITED STATES' MOT. DISCLOSURE GRAND JURY TRANSCRIPTS & [PROPOSED] ORDER
No. CR 08-00404 SBA

1  appropriate and permissible under Rule 6(e) so that the United States may fulfill its discovery
2  obligations.
3  Dated: January 11, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
ANDREW S. HUANG
SKYE DAVIS
Assistant United States Attorneys

### ORDER

Based upon the motion of the United States and for good cause shown, the Court hereby ORDERS that the United States is permitted to disclose matters occurring before the grand jury that relate to this case, specifically, transcripts of witness testimony, to the defense. It is further ORDERED that the United States may redact sensitive information, as necessary, from those transcripts and provide redacted copies of these documents.

DATED: 1/12/10

Hon. SAUNDRA BROWN ARMSTRONG
United States District Court Judge
Northern District of California

UNITED STATES' MOT. DISCLOSURE GRAND JURY TRANSCRIPTS & [PROPOSED] ORDER
No. CR 08-00404 SBA