1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BUTTNER

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                         OAKLAND DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR-08-00404 SBA
                                    )
11           Plaintiff,              )   STIPULATED REQUEST TO CONTINUE
                                    )   SENTENCING HEARING DATE TO
12      v.                           )   JUNE 15, 2010 AND ORDER
                                    )
13                                   )   Date:    April 27, 2010
   JERRY ERVIN BUTTNER,              )   Time:    10:00 a.m.
14                                   )
             Defendant.              )
15                                   )
   _____ )
16

17      The above-captioned matter is set on April 27, 2010 at 10:00 a.m. before this Court for a

18 sentencing hearing. The parties jointly request that this Court continue the matter to June 15,

19 2010 at 10:00 a.m. for sentencing because the Probation Office needs additional time to review

20 mental health records recently produced by the defense, and defense counsel would like

21 additional time to continue to document and investigate Mr. Buttner's mental health history so

22 that this information can be presented to the Probation office for the final Pre-Sentence

23 Investigation Report.

24      This is a felon in possession of a firearm case, and Mr. Buttner was convicted on

25 February 11, 2010 after a three-day jury trial. The Court set this matter for sentencing on April

26 27, 2010 and referred the matter to the Probation Office for a full investigation.

Stip. Req. To Continue Sentencing Hearing, No.
CR-08-00404 SBA

1  Mr. Buttner was previously diagnosed as a Paranoid Schizophrenic. He does not speak to
2 defense counsel and communicates with him only through writing. Most reports indicate that
3 Mr. Buttner has not spoken in over five years and that his refusal to speak is inextricably linked
4 to his diagnosis of Paranoid Schizophrenia.

5  Last week defense counsel produced mental health records to the government and
6 Probation Office, and the probation officer assigned to this case has informed defense counsel
7 that more time is needed to review this information. Additionally, defense counsel continues to
8 investigate Mr. Buttner's mental health history and would like to continue the sentencing date to
9 have more time to obtain and present comprehensive information to the Probation Office for the
10 final Pre-Sentence Investigation Report. For this reason, the parties agree that it would be
11 appropriate to continue Mr. Buttner's sentencing date to June 15, 2010.

12  Defense counsel contacted Probation Officer John D. Woods, and Mr. Woods informed
13 defense counsel that he is available on June 15, 2010 and has no objection to this continuance.

14  Because Mr. Buttner was convicted after a jury trial and is currently awaiting sentencing,
15 the parties agree that the Speedy Trial Act does not apply.

17 DATED: March 23, 2010                /S/
                                   ANDREW HUANG
18                                 Assistant United States Attorney

19
20 DATED: March 23, 2010                /S/
                                   ANGELA M. HANSEN
                                   Assistant Federal Public Defender

22 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
23 "conformed" signature (/S/) within this e-filed document.

Stip. Req. To Continue Sentencing Hearing, No.
CR-08-00404 SBA                         2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that Mr. Buttner was convicted on February 11, 2010 and is currently awaiting sentencing;

2. Given that the Probation Office needs additional time to review mental health records recently produced by the defense;

3. Given that defense counsel would like additional time to continue to document and investigate Mr. Buttner's mental health history so that this information can be presented to the Probation office for the final Pre-Sentence Investigation Report;

4. Given that the Speedy Trial Act does not apply; and

5. Given that all parties, including the Probation Officer, are available on June 15, 2010 and agree to this continuance.

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of April 27, 2010, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for June 15, 2010, at 10:00 a.m. for sentencing.

DATED: 3/29/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Sentencing Hearing, No.
CR-08-00404 SBA                                    3